Curtis R. Hussey, Esq.  (USB #5488)
Hussey Law Firm, LLC
82 Plantation Pointe Road #288
Fairhope, AL  36532
Telephone:  (801) 358-9231
E-mail: chussey@lemberglaw.com

*Of Counsel to*
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Jacob Carradine

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Jacob Carradine,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Express Recovery Services, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00069-TS-EJF<br><br>**STIPULATION OF DISMISSAL** |

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| | |
|---|---|
| Jacob Carradine | Express Recovery Services, Inc. |
| ___/s/ Curtis R. Hussey_____ | ___/ Joseph J. Lico_____ |
| Curtis R. Hussey, Esq. | Joseph J. Lico, Esq. |

Attorney for Plaintiff                             Attorney for Defendant

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Utah Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Curtis R. Hussey
                                                      Curtis R. Hussey